CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JAN 2 6 2010

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIE L. JEFFRIES, | ) | Civil Action No. 7:09CV00219 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL JUDGMENT AND ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | By:    Hon. Glen E. Conrad |
| | ) |          United States District Judge |
| Defendant. | ) | |

For reasons stated in a Memorandum Opinion filed this day, summary judgment is hereby

entered for the defendant and it is so

ORDERED.

The Clerk is directed to send certified copies of this Judgment and Order to all counsel of

record.

ENTER:  This 26th day of January, 2010.

_____
United States District Judge